JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TROY ALLEN SYKES, | Case No. CV 14-5387-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: September 29, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge